IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:99CR91-4

FILED
CHARLOTTE, NC

AUG 17 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

V.

KIP RATHBUN

**MEMORANDUM AND ORDER**

**THIS MATTER** is before the Court on the request of the U. S. Probation Office, Western District of North Carolina, in that property seized while the above named defendant was under Supervised Release in this district, one whizzinator, be destroyed.

**IT IS, THEREFORE ORDERED** that the U. S. Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized items.

_8.13.09_
Date

_Robert Conrad_
Signature of Judicial Officer

Robert J. Conrad, Chief U. S. District Court Judge
Name and Title of Judicial Officer